

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2021

No. 04-21-00200-CV

Robert C. **SINGER**, III,
Appellant

v.

April Marie **SINGER**, Individually and as Trustee of the Singer Financial Management Trust,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03145
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

This is an accelerated appeal. On September 29, 2021, we issued an opinion and judgment in this case. On October 26, 2021, appellant filed a motion to expedite the issuance of the mandate. The motion states that appellant has conferred with appellee's counsel and appellee is not opposed to this relief.

Appellant's motion to expedite the issuance of the mandate is **GRANTED**. The clerk of this court is instructed to issue the mandate immediately. *See* TEX. R. APP. P. 18.6 (allowing the appellate court to expedite the issuance of the mandate in an accelerated appeal).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court